## THE STATE v. WYATT.

Criminal Case : NO ERROR FOUND.

*Appeal from Polk District Court.*—Hon. JOSIAH GIVEN, Judge,

INDICTMENT for nuisance caused by the selling and keeping for sale of intoxicating liquors. Trial by jury, verdict guilty, and judgment. The defendant appeals.

*A. J. Baker*, Attorney General, for the State.

No appearance for appellant.

SEEVERS, C. J.—This cause has been submitted on a transcript which we have examined, as is our duty, and we are unable to discover any error in the record, and therefore the judgment of the district court is

AFFIRMED.

---

## STATE v. DRISCOLL.

Criminal Case : NO ERROR FOUND.

*Appeal from the Dubuque District Court.*

No appearance for either party.

ROBINSON, J.—The defendant was convicted of the crime of larceny in a building in the daytime, and appealed from the judgment rendered. The cause was submitted in this court on a transcript of the judgment, appeal bond, notice of appeal, and an affidavit of defendant to the effect that he does not desire to further prosecute the appeal. We discover no error in the proceedings in the district court, and its judgment is therefore

AFFIRMED.

---

## THE STATE v. HARRIS.

Criminal Case : NO ERROR FOUND.

*Appeal from Polk District Court.*—Hon. JOSIAH GIVEN, Judge.

BECK, J.—The defendant was convicted of the unlawful sale of intoxicating liquors and now appeals to this court. The cause was submitted without argument, brief or assignment of errors—no counsel appearing for either party.

We discover no error in the record. The judgment is therefore

AFFIRMED.